

# IN THE
## TENTH COURT OF APPEALS

### No. 10-09-00427-CV

**COLORADO RIVER CONCRETE, LP,**

                                                        **Appellant**

 **v.**

**GARY WILLIAMS INDIVIDUALLY
AND AS NEXT FRIEND FOR R.L.W., A CHILD,**

                                                        **Appellees**

---

### From the 413th District Court
### Johnson County, Texas
### Trial Court No. C200600383

---

## MEMORANDUM  OPINION

---

Appellant has filed a "Motion to Dismiss Appeal."  *See* TEX. R. APP. P. 42.1(a)(1).

It requests dismissal of this appeal.

Dismissal of this appeal would not prevent a party from seeking relief to which it

would otherwise be entitled.  The motion is granted, and the appeal is dismissed.


                                                REX D. DAVIS
                                                Justice

Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
Motion granted; appeal dismissed
Opinion delivered and filed May 26, 2010
[CV06]